IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARINA LAZAROVA,<br>      Plaintiff | :   No. 3:25cv290<br>:<br>:   (Judge Munley) |
| v. | : |
| GEISINGER COMMONWEALTH<br>SCHOOL OF MEDICINE,<br>      Defendant | :<br>:<br>: |

............................................................................................................

## ORDER

**AND NOW,** to wit, this 25th day of November 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's motion to dismiss plaintiff's complaint, (Doc. 7), is **GRANTED** in part and **DENIED** in part;

2) Defendant's motion is **GRANTED** as to Count VIII in plaintiff's complaint as unopposed;

3) Count VIII, plaintiff's promissory estoppel/detrimental reliance claim is **DISMISSED** with prejudice;

4) Defendant's motion is **DENIED** as to Count III and Count IV, plaintiff's ADA/PHRA retaliation claims;

5) Defendant's motion is **DENIED** without prejudice as to Count VII, plaintiff's breach of contract claim, pending the filing of an amended complaint regarding that claim;

6) Plaintiff shall file an amended complaint as to her breach of contract claim within fourteen (14) days of the date of this order; and

7) Plaintiff shall include a copy of the 2023 Faculty Handbook as an exhibit to her amended complaint.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court